# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | : | Case No: 3:12-CV-38 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman (Consent Case) |
| vs. | : | |
| KIRK A. HIMMELBERG, *et al.*, | : | |
| Defendants. | : | |

## CONDITIONAL DISMISSAL ORDER; TERMINATION ENTRY

The Court having been advised that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.   This case is hereby **TERMINATED** on the Court's docket.

August 31, 2012                                                   s/ **Michael J. Newman**
                                                                              United States Magistrate Judge